IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

KENYAN SELMON,

                Petitioner,                Case No. 3:07 CV 3405

  -vs-

                                        <u>JUDGMENT ENTRY</u>

JULIUS C. WILSON,N, INC.,

                Respondent.

KATZ, J.

     For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report & Recommendation of the Magistrate Judge is adopted in its entirety. (Doc. 12)

     FURTHER ORDERED that Petitioner's writ of habeas corpus is denied.

                                                    S/ *David A. Katz*
                                                DAVID A. KATZ
                                                U. S. DISTRICT JUDGE